THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DOMINICK ODIERNO and FRANK GIORDANO, Appellants.

(Argued March 28, 1932; decided April 26, 1932.)

*Jacob Shientag* for appellants.
*Charles B. McLaughlin, District Attorney (Sol. Boneparth* and *Herman J. Fliederblum* of counsel), for respondent.

546

Judgment of conviction as to each defendant affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.  Not sitting: KELLOGG, J.